# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TEMPLETON,<br><br>        Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of the Social<br>Security Administration,<br><br>        Defendant. | Case No. EDCV 07-1263-JWJ<br><br>**JUDGMENT** |

**IT IS ADJUDGED** that the decision of the Administrative Law Judge is **AFFIRMED**.

DATED: March 26, 2009

                                                        /s/<br>
                                      JEFFREY W. JOHNSON<br>
                                   United States Magistrate Judge